IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02657-LTB

WILLIE T. HAYES,

    Plaintiff,

v.

SCHERBARTH, Associate Warden,
JAMES FALK, Warden,
TOM CLEMMONS, Executive Director,
MAJOR REVORE,
MAJOR MICHELLE NYCHALLIGON,
LIEUTENANT HOFFMAN,
CASE MANAGER PETERSON,
BEV DOWIS, Medical Supervisor,
CASE MANAGER JOHN DOE, and
JENNIFER ANDERSON, Law Librarian, in their individual and official capacities,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 17, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 17 day of January, 2013.

                                  FOR THE COURT,

                                  GREGORY C. LANGHAM, Clerk


                                  By: s/ S. Grimm
                                      Deputy Clerk